THE STATE OF OHIO, APPELLEE, *v.* EL-AMIN, APPELLANT.

[Cite as *State v. El–Amin,* 130 Ohio St.3d 273, 2011-Ohio-5718.]

(No. 2011–1133—Submitted November 2, 2011—Decided November 9, 2011.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for proceedings consistent with *State v. Lester,* 130 Ohio St.3d 303, 2011-Ohio-5204, 958 N.E.2d 142.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and McGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

Julia R. Bates, Lucas County Prosecuting Attorney, and Brenda J. Majdalani, Assistant Prosecuting Attorney, for appellee.

Deborah Kovac Rump, for appellant.